(INND Rev. 4/24)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]*

JOHNNY R. DUBOIS
_____,

*[You are the PLAINTIFF, print your full name on this line.]*

v.

THE HONORABLE JAMES N. FOX, Referee
_____,

*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

**-FILED-**

JAN 12 2026

At_____M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case Number ____3:26-cv-32____

*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]* THE HONORABLE JAMES N. FOX, Referee, in His Official Capacity | 1905 Reliance Road, Goshen, IN 46526 |
| 2 | *[Put the names of any other defendants in these boxes.]* VICKI ELAINE BECKER, Prosecuting Attorney, in Her Official Capacity | 301 Main Street, Elkhart, IN 46516 |
| 3 | | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? ____7____

2. What is your address? 57882 19th Street, Elkhart, Indiana, 46517

_____

3. What is your telephone number: (574) 326-9266

4. Have you ever sued anyone for these exact same claims?

     ☑ No.

     ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I had a medical physician as a witness ready to testify at a contempt hearing on November 6, 2025. Judge Fox refused to allow this physician to testify. The physician was going to testify that I am physically unable to work due to injury.

2. Judge Fox refused to allow me to call the physician to testify because Judge Fox wrote that my reasons for my inability to pay "does not relate to the rule to show cause."

3. The State moved for a finding of contempt and sanctions. Following this, Judge Fox issued the finding, stating: "The Court finds father in contempt and sanctions may be imposed at the next hearing."

4. Judge Fox then offered me Legal Aid. I agreed, because I believed an attorney would be able to secure the testimony from the physician. Judge Fox then formally found me to be Indigent and Judge Fox appointed me Legal Aid.

5. Following the contempt finding, I attempted working and managed to make one payment. The following week however I then suffered another severe back and hip injury that took me six weeks to recover from.

6. I am currently without health insurance and pursuing a claim through the Indiana Worker's Compensation Board (WCB) for a workplace injury. My claim has experienced unnecessary delay, but a crucial Full Board Review Appeal is scheduled for February 23, 2026. Sanctions resulting in contempt, including incarceration, would cause me to forfeit this appeal and permanently lose the pursuit of compensation.

7. I pursued Legal Aid as I was instructed, but I wasn't able to be scheduled to discuss the

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 4/24)

Claims and Facts (continued)

matter with an attorney until January 7th, 2026, six days before the hearing for contempt

sanctions on January 13th, 2026. Legal aid scheduled the call for 1 p.m. on January 7th, 2026,

but then failed to call me until 9 p.m. on the night of the appointment. I made repeated,

unsuccessful attempts to contact them on Thursday and Friday I waited for return calls from

from the voicemails I left on Thursday. This has forced me to abandon this option and file this

Complaint today, Monday, January 10th, 2026.

RELIEF – If you win this case, what do you want the court to order the defendant to do?

1. Plaintiff seeks an Immediate TRO & Preliminary Injunction

2. To stay Elkhart County's incarceration order (eff. 1/13/26).

3. Plaintiff seeks declaratory judgment re: 14th Amdt. Due Process violation.

4. Plaintiff seeks $1.00 nominal damages and costs.

5. See full Prayer for Relief in the attached Motion for Ex Parte TRO.

FILING FEE – Are you paying the filing fee?

○ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

J·D    I will keep a copy of this complaint for my records.

J·D    I will promptly notify the court of any change of address.

J·D    I declare **under penalty of perjury** that the statements in this complaint are true.

___J Dubois___   Signature

___1-12-2026___   Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]